BURWELL S. CUTLER, Appellant, *v.* MANUFACTURERS AND TRADERS-PEOPLES TRUST COMPANY et al., Defendants, and LILLIE J. SIKES, as Executrix of ALBERT D. SIKES, Deceased, Respondent.

(Argued June 16, 1932; decided July 19, 1932.)

5

. *John Kirkland Clark* and *Edward T. Welch* for appellant.

*Thomas R. Wheeler* and *William I. Morey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.